**Order entered November 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00851-CV

### LSREF2 APEX (TX) II, LLC, Appellant

### V.

### GREGORY BLOMQUIST AND DANIEL D. DAVIDS, II, Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02840-2012**

## ORDER

We **GRANT** appellant's November 20, 2014 second motion to extend time to file reply

brief and **ORDER** the reply brief to appellees' briefs be filed no later than December 19, 2014.

/s/     CRAIG STODDART
         JUSTICE